B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of South Dakota

IN RE:

Case No. **14-10071**

**Hansen, Randal Kent**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Keller, James<br>6940 Boneta Road<br>Medina, OH  44256 | James<br>(330) 336-7368 | | Disputed | 0.00 |
| Rodenbiker, Harold<br>2037 Rose Creek Blvd.<br>Fargo, ND  58104 | Harold<br>(701) 235-0561 | | Disputed | 0.00 |
| Rose, Dietmar<br>6624 High Ridge Place NE<br>Albuquerque, NM  87111 | Dietmar<br>(505) 797-0534 | | Disputed | 0.00 |
| Becker, Michael<br>42338 Russia Road<br>Elyria, OH  44035 | Michael<br>(440) 323-8612 | | Disputed | 0.00 |
| Bedford And Associates<br>507 S.  Hiawassee Road, Suite 215<br>Orlando, FL  32835 | Office Manager<br>(407) 203-3936 | | Disputed | 0.00 |
| Boyer, Les<br>2570 Country Road 2028<br>Arkansas Pass, TX  78336 | Les<br>(361) 850-0643 | | Disputed | 0.00 |
| Dunn, Arthur<br>9432 Hazel Circle<br>Villa Park, CA  92861 | Arthur<br>(714) 501-0639 | | Disputed | 0.00 |
| Dykstra, Garritt<br>315 N. Humphrey Avenue<br>Doland, SD  57436 | Garritt<br>(605) 635-6436 | | Disputed | 0.00 |
| Eldridge, Ron<br>1286 E. Horsehow Avenue<br>Gilbert, AZ  85233 | Ron<br>(480) 474-9609 | | Disputed | 0.00 |
| Ferrier, L. Norman<br>201 S. Berry Pine Road<br>Rapid City, SD  57701 | Norman<br>(605) 721-9021 | | Disputed | 0.00 |
| Freadrich, Jeffrey<br>194 N. Kimette<br>Saint George, UT  84770 | Jeffrey<br>(435) 632-5858 | | Disputed | 0.00 |
| Johnson, Susan<br>5732 Midway Drive<br>Huntington Beach, CA  92648 | Susan<br>(714) 840-8489 | | Disputed | 0.00 |
| Kosloske, William<br>11326 E. Meseto Circle<br>Mesa, AZ  85209 | William<br>(480) 354-6879 | | Disputed | 0.00 |
| Lettellier, Roy<br>4994 Charro Way<br>Mesa, AZ  85935 | Roy<br>(480) 986-8752 | | Disputed | 0.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Martin, Ralph**<br>**1205 13th Street SW**<br>**Minot, ND  58701** | **Ralph**<br>**(701) 838-3482** | **Disputed** | **0.00** |
| **Myerhoff, Allen**<br>**2750 Swann Way**<br>**Davidsonville, MD  21035** | **Allen**<br>**(410) 956-6947** | **Disputed** | **0.00** |
| **Schneider, Gary**<br>**16048 SD Hwy 37**<br>**Turton, SD  57477** | **Gary**<br>**(605) 879-6622** | **Disputed** | **0.00** |
| **Schneider, Thomas**<br>**1945 Rose Creek Pkwy E**<br>**Fargo, ND  58104** | **Thomas**<br>**(701) 293-5142** | **Disputed** | **0.00** |
| **Starr, Ronald**<br>**40283 US Hwy 212**<br>**Doland, SD  57436** | **Ronald**<br>**(605) 635-6168** | **Disputed** | **0.00** |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 15, 2014** _____    Signature    */s/ Randal Kent Hansen*
of Debtor

**Randal Kent Hansen**

Date: _____    Signature    _____
of Joint Debtor
(if any)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only