UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re:<br><br>RANDY KENT HANSEN,<br>aka Randy Hansen,<br>aka Randel Hansen,<br>SSN/ITIN:  xxx xx 3591,<br><br>           Debtor. | Bankr.No. 14-10071<br>Chapter 11<br><br>AMENDMENT TO SCHEDULE D<br>AND<br>NOTICE OF AMENDMENT |

### Amendment to Schedule D

Correct the name and address of a creditor as follows:

    Farmers & Merchants Branch
      Of First National Bank
    PO Box 848
    333 Dakota Avenue South
    Huron SD 57350

The name and address previously used was:

    Farmers & Merchants Bank
    1825 Dakota Avenue South
    Huron SD 57350

    I declare under penalty of perjury the information contained in this amendment is true and correct.

Dated this _21st_ day of May, 2014.

                                    /s/ Randy Kent Hansen
                                    Randy Kent Hansen

### Notice

YOUR RIGHTS MAY BE AFFECTED BY THIS AMENDMENT.  You

should discuss this with your attorney.  If you do not have an attorney, you may wish to consult one.

Dated May __21__, 2014.

                              GERRY & KULM ASK, PROF. LLC

                              By___/s/Clair R. Gerry___
                              Clair R. Gerry, Debtor's Atty
                              507 W. 10th St., PO Box 966
                              Sioux Falls SD 57101-0966
                              605-336-6400 Fax 605-336-6842
                              gerry@sgsllc.com