UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>RANDAL KENT HANSEN,<br>aka Randy Hansen,<br>aka Randal Hansen<br>SSN/ITIN xxx-xx-3591<br><br>DEBTOR. | Case No. 14-10071<br><br>Chapter 11<br><br>UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

The United States Trustee for Region 12 reports that of the seven responses received to his solicitation to serve on a committee of unsecured creditors three creditors indicated their willingness to serve. Accordingly, the United States Trustee hereby appoints the following person/entities to the Official Committee of Unsecured Creditors in the above case:

Creditor:   William E. Kosloske
11326 E. Meseto Circle
Mesa, AZ 85209
(815) 222-6619

Ralph Martin
625 – 34 Ave SW, Unit E
Minot, ND 58701
(701) 721-4435

Roy Letellier
4994 Charro Way
Pinetop, AZ 85935
(602) 549-4076

Ralph Martin is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson. As

1

Committee members are located outside South Dakota and are distant from each other, members are advised that they meet and conduct business via telephone.

The United States Trustee reserves the right to amend the committee to add additional members should any indicate their willingness to serve.

Dated:  June 19, 2014.

**Daniel M. McDermott,**
United States Trustee
Region 12

By:/s/ James L. Snyder
   **James L. Snyder**
   Assistant U.S. Trustee
   I.D. #IS9999967
   210 Walnut Street, Room 793
   Des Moines, Iowa  50309-2108
   Ph:  (515) 284-4982 / Fax: 284-4986
   James.L.Snyder@usdoj.gov